(Del. Rev. 11/14) Pro Se General Complaint Form

**ORIGINAL**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

BURT ZWEIGENHAFT

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

PHARMERICA CORPORATION,
PHARMACY CORPORATION OF AMERICA.

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

Civ. Action No. **19-2201**
(To be assigned by Clerk's Office)

**COMPLAINT**
(Pro Se)

Jury Demand?
☒ Yes
☐ No

FILED
NOV 2 6 2019
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se General Complaint Form

I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: __ZWEIGENHAFT, BURT__
Name (Last, First, MI)

__721 FIFTH AVE  62D__
Street Address

__NEW YORK__   __N.Y.__   __10022__
County, City   State   Zip Code

__631-793-6388__   __BURT_ZWEIGENHAFT@MAC.com__
Telephone Number   E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __PHARMERICA CORPORATION__
Name (Last, First)

__1901 CAMPUS PLACE__
Street Address

__JEFFERSON, LOUISVILLE, KY 40299__
County, City   State   Zip Code

Defendant 2: __PHARMACY CORPORATION OF AMERICA__
Name (Last, First)

__12240 KILN COURT__
Street Address

__PRINCE GEORGES, BELTSVILLE, MD 20705__
County, City   State   Zip Code

Page 2 of 8

**Defendant(s) Continued**

Defendant 3: _____
   Name (Last, First)

   _____
   Street Address

   _____
   County, City       State       Zip Code

Defendant 4: _____
   Name (Last, First)

   _____
   Street Address

   _____
   County, City       State       Zip Code

## II.   BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☒ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☐ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

_____
_____
_____

(Del. Rev. 11/14) Pro Se General Complaint Form

### III. VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

DEFENDANT 1: PHARMERICA ENTERED INTO A WRITTEN PURCHASE AGREEMENT WITH PLAINTIFF WHICH CONTAINS A SPECIFIC VENUE PROVISION REQUIRING ANY LITIGATION TO BE COMMENCED IN THE U.S. DISTRICT COURT, DISTRICT OF DELAWARE. PLAINTIFF 2: PHARMACY CORPORATION OF AMERICA PURCHASED PLAINTIFF 1, AND IS THEREFORE SUBJECT TO THIS VENUE.

### IV. STATEMENT OF CLAIM

Place(s) of occurrence: NEW YORK STATE

Date(s) of occurrence: DECEMBER 2016

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

What happened to you?

DEFENDANT PHARMERICA PURCHASED THREE COMPANIES I OWNED 21.60% OF, PURSUANT TO A WRITTEN PURCHASE AGREEMENT ON DECEMBER 6, 2016. DEFENDANT PHARMERICA BREACHED SAID AGREEMENT, THEREBY INJURING PLAINTIFF MONETARILY.

DEFENDANT PHARMACY CORPORATION OF AMERICA PURCHASED PHARMERICA IN 2017.

SINCE PHARMERICA ALLEGEDLY BREACHED THE PURCHASE AGREEMENT, MY OWNERSHIP IN THE THREE COMPANIES SHOULD REMAIN INTACT.

**Was anyone else involved?**

YES KAVAH ASKARI OWNED 78.40% OF THE THREE COMPANIES PURCHASED BY THE DEFENDANTS ASKARI AND I ARE UNITED IN INTEREST. HOWEVER I CAN NOT AFFORD TO HIRE ATTORNEYS TO PERSUE MY CLAIM.

ASKARI HAS AN ACTIVE ~~CLAIM~~ LAWSUIT PENDING IN THE COURT ENTITLED "CONSOLIDATED LITIGATION ASKARI V. PHARMERICA C.A. No 16-1123 RGA". IT IS MY HOPE THIS CASE WILL BE CONSOLIDATED WITH THE ASKARI CASE.

SINCE DEFENDANT PHARMERICA BREACHED THE PURCHASE AGREEMENT BY FAILING TO

PROPERLY PURCHASE MY OWNERSHIP INTEREST IN THESE THREE COMPANIES, I SHOULD STILL OWN, ALL OR SOME PORTION OF THE 21.60% OF THESE COMPANIES, ONCO1, ONCO2 AND ONCO3.

**Who did what?**

PHARMERICA PURCHASED THE THREE COMPANIES ON DECEMBER 3, 2013 AND PAID FAIR MARKET AND AGREED UPON VALUE. THE CONTRACT CALLED FOR A "SECOND BUYOUT" TO BE HELD ON DECEMBER 6, 2016 AND THE "CLOSING PRICE" BE DETERMINED BY A SPECIFIC FORMULA.

PLAINTIFF ALLEGES THAT DEFENDANT FAILED TO HONOR THE TERMS OF THE CONTRACT AND BREACHED IT, THEREBY DAMAGING PLAINTIFF.

PLAINTIFF ALLEGES THAT DEFENDANT "COOKED THE BOOKS" AND COMMITTED FRAUD.

Page 6 of 8

(Del. Rev. 11/14) Pro Se General Complaint Form

## V.  INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

PLAINTIFF IS DAMAGED BY AN AMOUNT EXCEEDING SEAVENTYFIVE THOUSAND DOLLARS AS A RESULT OF THE DEFENDANT'S ACTIONS OR INACTIONS. THE ACTUAL AMOUNT OF DAMAGES ARE UNKNOWN.

## VI.  RELIEF

The relief I want the court to order is:

☒ Money damages in the amount of: $ UNKNOWN - MORE THAN $75,000.00

☐ Other (explain):

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

NOVEMBER 25, 2019
Dated

[Plaintiff's Signature]

ZWEIGENHAFT, BURT
Printed Name (Last, First, MI)

721 FIFTH AVE 62D    NEW YORK    N.Y.    10022
Address              City         State   Zip Code

631-793-6388                    BURT_ZWEIGENHAFT@MAC.COM
Telephone Number                E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**



```
BURT ZWEIGENHAFT
7329921882                          1 LBS              1 OF 1
BURT ZWEIGENHAFT
721 5TH AVENUE
NEW YORK NY 10022

SHIP TO:
    OFFICE OF CLERK U.S. DISTRICT CT.
    631-793-6388
    OFFICE OF CLERK U.S. DISTRICT CT.
    UNIT 18
    844 N. KING STREET
    WILMINGTON   DE 19801
```

RECEIVED NOV 26 2019 U.S. DISTRICT COURT DISTRICT OF DELAWARE

DE 197 9-25

UPS GROUND
TRACKING #: 1Z 243 599 03 9220 8663

BILLING: P/P

Burt Zweigenhaft
721 Fifth Ave #62D
New York NY 11022

OFFICE OF THE CLERK
UNITES STATES DISTRICT COURT
844 N KING ST UNIT 18
WILMINGTON DE 19801-3570