UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| BURT ZWEIGENHAFT,<br><br>       Plaintiff,<br><br>v.<br><br>PHARMERICA CORPORATION and<br>PHARMACY CORPORATION OF<br>AMERICA,<br><br>       Defendants. | Civil Action No.: 19-2201-RGA |

## DEFENDANTS' MOTION TO DISMISS

Defendants PharMerica Corporation and Pharmacy Corporation of America (collectively, "Defendants") respectfully file this Motion to Dismiss the Complaint in the above-captioned action pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure.  In support thereof, the Defendants rely upon the Declaration of Jeremy M. Sternberg, dated January 21, 2020, including the exhibits thereto, and the brief submitted herewith.

Dated:  January 21, 2020

Respectfully submitted,

/s/ Brett D. Fallon
Brett D. Fallon (DE Bar No. 2480)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800

1

11479936/1

2

Of Counsel:

Christopher G. Kelly
Stosh M. Silivos
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY  10019
(212) 513-3533

Jeremy M. Sternberg
HOLLAND & KNIGHT LLP
10 St. James Avenue, 11th Floor
Boston Massachusetts 02116
(617) 523-2700

*Attorneys for Defendants*
*PharMerica Corporation and*
*Pharmacy Corporation of America*

11479936/1