UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| BURT ZWEIGENHAFT,<br><br>                     Plaintiff,<br><br>v.<br><br>PHARMERICA CORPORATION and PHARMACY CORPORATION OF AMERICA,<br><br>                     Defendants. | Civil Action No.: 19-2201-RGA |

**DECLARATION OF JEREMY M. STERNBERG**
**IN SUPPORT OF THE DEFENDANTS' MOTION TO DISMISS**

Jeremy M. Sternberg declares as follows:

1.  I am a partner at the law firm Holland & Knight LLP, the attorneys for defendants PharMerica Corporation ("PharMerica") and Pharmacy Corporation of America ("PCA") (collectively, the "Defendants") in the above-captioned action,  I make this declaration based on my personal knowledge, including my review of pertinent court records.

2.  Attached hereto as Exhibit 1 is the Complaint, dated November 26, 2019, filed in this action in this action by Plaintiff Burt Zweigenhaft, as retrieved from CM/ECF.

3.  Attached hereto as Exhibit 2 is a true and correct copy of a Membership Interest Purchase Agreement, dated October 10, 2013.

4.  Attached hereto as Exhibit 3 is a true and correct copy of an Amended and Restated Limited Liability Company Operating Agreement, dated December 6, 2013.

2

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated:  January 21, 2020

                                                   /s/Jeremy Sternberg
                                                     Jeremy M. Sternberg